FILED

05/02/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0198

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Supreme Court Cause No. DA 23-0198

GARDINER-PARK COUNTY WATER
AND SEWER DISTRICT,

   Plaintiff/Counter-Defendant,
and Appellee and Cross-Appellant,

  v.

DONALD KNIGHT, GINA M. KNIGHT,
LANDON KNIGHT, and JOHN DOES 1-10,

   Defendants/Counter-Plaintiffs,
and Appellants.

_____

DONALD KNIGHT and GINA M. KNIGHT,

   Third-Party Plaintiffs,

  v.

PARK COUNTY, a political subdivision of
the State of Montana, acting by and through its
County Commissioners, Bill Berg, Steve
Caldwell, and Clint Tinsley,

   Third-Party Defendants.

_____

GARDINER-PARK COUNTY WATER
AND SEWER DISTRICT,

**ORDER OF SUBSTITUTION
OF MEDIATOR**

1

| | |
|---|---|
|    Third-Party Plaintiff and,<br>Cross-Appellant, | ) |
| | ) |
| | ) |
|   v. | ) |
| | ) |
| STANDISH EXCAVATION, LC, | ) |
| | ) |
|    Third-Party Defendant. | ) |
| | ) |
| | ) |
| DONALD KNIGHT, GINA M. KNIGHT, and<br>LANDON KNIGHT, | ) |
| | ) |
| | ) |
|    Third-Party Plaintiffs and,<br>Appellants, | ) |
| | ) |
| | ) |
|   v. | ) |
| | ) |
| THOMAS E. STONE, DONALD L. CLARK,<br>VICTOR D. BEERS, and BRAD A.<br>HARBACH, | ) |
| | ) |
| | ) |
|    Third-Party Defendants, and<br>Appellees. | ) |
| | ) |

The parties have notified this Court of an agreed upon mediator substitution.

IT IS HEREBY ORDERED THAT **Retired Judge Jeffrey Sherlock** is hereby substituted to conduct the mediation process required by M.R.App.P., 7(5).

True copies of this order are being provided to counsel of record for the parties.

2

Electronically signed by:<br>Mike McGrath<br>Chief Justice, Montana Supreme Court<br>May 2 2023